# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1012
LT Case No. 2023-DP-000105

———————————————

T.R., FATHER of J.W., a CHILD,

> Appellant,

v.

DEPARTMENT of CHILDREN and
FAMILIES,

> Appellee.

———————————————

On appeal from the Circuit Court for Clay County.
Angela M. Cox, Judge.

T.R., Keystone Heights, pro se.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee.

Sarah Elizabeth Goldfarb, Statewide Director of Appeals, and
Sarah Todd Weitz, Senior Attorney, Appellate Division, of
Statewide Guardian ad Litem Office, Tallahassee, for Guardian
ad Litem.

October 1, 2025

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and EDWARDS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____